UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARSHALL KHAN,<br><br>        Plaintiff,<br><br>vs.<br><br>NELLIS CAB, LLC.,<br><br>        Defendant. | 2:16-cv-1569-MMD-CWH<br><br>ORDER |

      Presently before the court is Plaintiff's counsel Mary Kinas's motion (ECF No. 16) to withdraw as attorney, filed on September 29, 2016. Also before the court is Plaintiff, Marshall Khan's motion (ECF No. 18) for Mary Kinas to remain on case as counsel, filed on October 5, 2016. A hearing has been set on this matter for October 11, 2016 at 9:00 a.m. However, in order to ensure that Plaintiff is present, the court will reschedule the hearing for a later date.

      IT IS THEREFORE ORDERED that the hearing currently scheduled in this case for October 11, 2016 at 9:00 a.m. is VACATED.

      IT IS FURTHER ORDERED that a hearing will be held on Plaintiff's and Mary Kinas's motions (ECF Nos. 16 and 18), set for Wednesday, October 19, 2016, at 10:30 a.m. in Courtroom 3C, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada.

      IT IS FURTHER ORDERED that Plaintiff Marshall Khan must attend the hearing set for October 19, 2016.

      IT IS FURTHER ORDERED that Plaintiff's counsel Mary Kinas must serve a copy of her motion (ECF No. 16) to withdraw as attorney as well as a copy of this order on Plaintiff and file proof of service by October 14, 2016.

      DATED: October 7, 2016.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge